FILED

10/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0160

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0160

_____

NATHAN HARDIN,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Nathan Hardin, to all counsel of record, and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2024